# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAI MEDRANO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRANT MERCANTILE AGENCY, INC., ) <br> ) <br> Defendant. ) <br> ) <br>_____ ) | Case No.: 1:17-cv-01392 LJO JLT <br><br> ORDER TO PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HER FAILURE TO PROSECUTE THIS ACTION <br><br> (Doc. 8) |

The plaintiff was granted default as to the sole defendant on September 19, 2018. (Doc. 19) More than six months have passed and the plaintiff has failed to take any further action to prosecute this action or to bring it to completion. Thus, the Court **ORDERS**:

1. **No later than April 5, 2019**, the plaintiff **SHALL** show cause in writing why sanctions should not be imposed for her failure to prosecute this action. Alternatively, she may file a motion for default judgment.

**The failure to comply with this order will result in a recommendation that the Court dismiss the action.**

IT IS SO ORDERED.

Dated: **March 25, 2019**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE